DIANE J. HUMETEWA
United States Attorney
District of Arizona

KEVIN M. RAPP
Assistant U.S. Attorney
Arizona State Bar No. 014249
kevin.rapp@usdoj.gov

JENNIFER GREEN
Assistant U.S. Attorney
Arizona State Bar No. 01
jennifer.green@usdoj.gov
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br>    v.<br><br>Martin Angel Gonzalez,<br><br>              Defendant. | CR-05-0264-PHX-SMM<br><br>**INFORMATION**<br><br>**21 U.S.C. § 851**<br>(Enhanced Punishment for Prior Conviction) |

Pursuant to the provisions of 21 U.S.C. § 851(a)(1), the United States hereby gives notice of its intention to seek enhancement of the punishment range applicable in the instant case as follows:

On or about July 21, 1992, the Honorable Susan R. Bolton, Judge of the Maricopa County Superior Court entered a Judgment that defendant Martin Angel Gonzalez was convicted, upon his plea of guilty, of the offense of counts 1-5,45-49, Money Laundering in violation of A.R.S. § 13-2317, 13-701 and 13-801 and count 53, attempted possession of marijuana for sale, in violation of A.R.S. § 13-3405, 13-1001, 13-701, a felony drug offense.

Martin Angel Gonzalez is charged with the offenses alleged in counts 1-3 of the Fifth Superseding Indictment, the above-described prior conviction will act to enhance punishment under 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846. As a result of this enhancement, defendant

will be subject to a mandatory minimum term of imprisonment of not less than 20 years, the possibility of an $8,000,000 fine and a term of supervised release of at least five years.

Respectfully submitted this 16th day of July, 2008.

DIANE J. HUMETEWA
United States Attorney
District of Arizona

/s/Kevin M. Rapp

KEVIN M. RAPP
JENNIFER GREEN
Assistant U.S. Attorneys

I hereby certify that on July 16, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Rena P. Glitsos, Esq.