Rena P. Glitsos
Law Office of Glitsos, Kratter & Associates, PLLC
111 W. Monroe, Suite 1216
Phoenix, AZ 85003
(602) 528-0882
AZ State Bar No. 013009
rglitsos@juno.com
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0264-PHX-SMM |
| Plaintiff, | |
| v. | OBJECTIONS TO PRESENTENCE REPORT |
| MARTIN ANGEL GONZALEZ, | |
| Defendant. | (Hon. Stephen M. McNamee) |

Defendant Martin Gonzalez through undersigned counsel hereby submits the following objections to the presentence report in his case:

Page 2 – Mr. Gonzalez has never used the social security number listed as "also on record".

Page 3, Item 4 - Mr. Gonzalez was arrested in the United States on July 3, 2006, however, he was originally arrested in Mexico in October of 2005 pursuant to the request of the United States government for his provisional arrest there for extradition on these charges.

Title 18, Section 3585 of the United States Code addresses the calculation of a term of imprisonment.

1

Subsection(b)(1) states:

     (b) Credit for prior custody. - A defendant shall be given credit toward the serivce of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences –
          (1) as a result of the offense for which the sentence was imposed;….
          \*\*\*\*\*\*\*\*\*\*
     that has not been credited against another offense.

Thus, Mr. Gonzalez is entitled credit for all of the time that he spent in custody as a result of his arrest pursuant to the warrant requested by the United States. An exact computation of the time the defense believes applies will be forthcoming.

<u>Page 4, Item 11</u> – Mr. Gonzalez did not have Alicia Cavallero, Guadalupe Patricia Gaytan or Kellie Gonzalez assist in the packaging and sale of marijuana.

<u>Page 5, Item 13</u> – Mr. Gonzalez disputes that Julian and Marcy Harvill safeguarded over $100,000 on his behalf. He believes that they had approximately $10,000 in their possession.

<u>Page 6, Item 26</u> – Mr. Gonzalez did not use Alicia Cavallero as a "straw buyer" for real estate. He deeded their home on Denton Lane to her as a means of child support.

<u>Page 13, Item 74</u> – Mr. Gonzalez worked in the Fresno, California, area packing produce, not meat as stated in the PSR.

<u>Page 14, Item 81</u> – To clarify, Mr. Gonzalez's practice of meditation does not make his heart condition go away. It is merely a means of abating the symptoms. The condition remains.

     RESPECTFULLY SUBMITTED this 6th day of November, 2008

     By /s/    Rena P. Glitsos
            Rena P. Glitsos

I hereby certify that on November 6, 2008, I electronically transmitted the attached doument to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to all CM/ECF registrants.


By/s/ Rena P. Glitsos