UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,
       PLAINTIFF,

V.
       CASE NO: CR-05-0264-PHX-SMM

MARTIN ANGEL GONZALEZ,
       DEFENDANT,

FILED    LODGED
RECEIVED    COPY
OCT 13 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## MOTION FOR MODIFICATION OR REDUCTION OF SENTENCE
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

I, **MARTIN ANGEL GONZALEZ**, HEREBY REQUEST A MODIFICATION OR REDUCTION OF MY SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) AND AMENDMENT 782 (PARTS A AND C ONLY), PER THE UNITED STATES SENTENCING GUIDELINES, WHICH MADE A REDUCTION IN THE BASE OFFENCE LEVEL FOR NEW FEDERAL DRUG GUIDELINE SENTENCE REDUCTION RETROACTIVE AS OF JULY 19,2014, EFFECTIVE DATE: NOVEMBER 1,2014, AND IN SUPPORT OF MY MOTION STATE AS FOLLOWS:

1) I AM SERVING A TERM OF IMPRISONMENT AT FCC-BEAUMONT-LOW, BEAUMONT, TX.

2) MY SENTENCE WAS BASED, AT LEAST IN PART, ON A DRUG CONVICTION.

3) I WAS SENTENCED IN THE 9th. CIRCUIT, DISTRICT OF ARIZONA ON JANUARY 5, 2009 TO A TERM OF 240 MONTHS IN PRISON. MY TOTAL OFFENCE LEVEL WAS BASE 36 AND MY CRIMINAL HISTORY CATEGORY WAS III.

4) MY PROJECTED RELEASE DATE IS MARCH 15, 2023.

5) I HEREBY RESPECTFULLY REQUEST A COURT APPOINTED ATTORNEY. I REALIZE THAT AN APPOINTMENT OF COUNSEL IS DISCRETIONARY WITH THE COURT.

DATE: 09-29-2015

RESPECTFULLY
BY: _____
DEFENDANT REG. NO: 85602-008
**MARTIN ANGEL GONZALEZ**

WITNESSED BY: _____

SEAL
AUTHORIZED BY THE ACT OF JULY 17, 1955
AS AMENDED TO ADMINISTER OATH (18 U.S.C. 4004)

CC: COURT
    FILE

MARTIN ANGEL GONZALEZ
REG.NO:85602-008,W/A
FCC-BEAUMONT-LOW
P.O.BOX 26020
BEAUMONT,TX. 77720

DISTRICT CLERK OF COURT
SANDRA DAY O'CONNOR US COURT
401 WEST WASHINGTON STREET          CASE NO:CR-05-0264-PHX-SMM
PHOENIX,AZ.85003
(602)322-7200


DISTRICT CLERK,

       WOULD YOU PLEASE RECORD THE ENCLOSED MOTION TO THE FOREGOING DOCKET,TIME DATE STAMP MY COPY AND RETURN IN THE STAMPED ENVELOPE,FOR MY RECORDS.

RESPECTFULLY

DATE: 04/29/2015

BY: _____
MARTIN ANGEL GONZALEZ
REG.NO: 85602-008

WITNESSED BY:

_____

SEAL

AUTHORIZED BY THE ACT OF JULY 17, 1955
AS AMENDED TO ADMINISTER OATH (18 U.S.C. 4004)

CC:COURT
   FILE

MARTIN ANGEL GONZALEZ
#85602-008, W/A-57
P.O. BOX 26020
FCC-BEAUMONT-LOW
BEAUMONT, TX. 77720

Legal Mail

⇔85602-008⇔
District Clerk Of Court
Sandra DAY O'conner
401 W Washington ST
Phoenix, AZ 85003
United States

NORTH HOUSTON TX
09 OCT 2015 PM 3 L

OCT 13 2015