# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America, | Case No: CR-05-0264-07-PHX-SMM |
| v. | USM No: 85602-008 |
| Martin Angel Gonzalez | |
| Date of Original Judgment:<br>January 5, 2009 | Rena P. Glitsos/James Park<br>*Defendant's Atty* |

## ORDER REGARDING MOTION FOR SENTENCING REDUCTION PURSUANT TO 18 U.S.C. § 3582 (c)(2)

The Court has received and considered Defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2), (Doc. 1591) and Notice Regarding Defendant's Pro Se Request for a Sentence Reduction Under 18 U.S.C § 3582(c)(2) (Doc. 1592) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that Defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 1591) is DENIED.

Dated this 19th day of October, 2015.

Honorable Stephen M. McNamee
Senior United States District Judge